# REDACTED
## Criminal Case Cover Sheet

**U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal: Yes ☐ No ☒** | Judge Assigned: |
| City: **EDVA** | Superseding Indictment: | Criminal Number: 2:20cr00 |
| County/Parish: | Same Defendant: | New Defendant: TONYA SAXBY |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

| | | |
|---|---|---|
| **Juvenile: Yes ☐ No ☒** | **FBI#** | |
| **Defendant: TONYA SAXBY** | **Alias Name(s):** | |
| **Address: Chesapeake, VA** | | |
| **Birth Date: xx-xx-1974** | **SS#: xxx-xx-xxxx** | **Sex: F** | **Race: W** | **Nationality: USA** | **Place of Birth:** |
| Height: | Weight: | **Hair: BRO** | **Eyes: BRO** | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: State ID: | |

## Location Status:

| | |
|---|---|
| Arrest Date: | |
| ☐ Already in Federal Custody as of: _____ in:_____. | |

| | | |
|---|---|---|
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested for |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| | |
|---|---|
| Name: George H. Yates | ☐ Court Appointed |
| Address:  1023 Laskin Road, Suite 101   Virginia Beach, VA  23451 | ☒ Retained |
| Telephone: 757-785-0201 | ☐ Public Defender |
| Email:  gyates@ghylaw.com | ███████████████ |
| | ███████████████ |

## U.S. Attorney Information:

| | | |
|---|---|---|
| AUSA: Alan M. Salsbury | Telephone No.  757-441-6331 | Bar #: |

## Complainant Agency, Address & Phone Number or Person & Title:

| |
|---|
| Special Agent Julie Shields (FBI) 509 Resource Row, Chesapeake, VA |

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |