**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



**UNITED STATES OF AMERICA,**

v.  CRIMINAL NO. 2:20cr20

**TONYA SAXBY,**

    **Defendant.**

### ORDER

The Court has been advised that the defendant wishes to enter a plea of guilty. A United States Magistrate Judge is hereby authorized, with the consent of the defendant, to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the making of the plea. See 28 U.S.C. § 636(b)(1); United States v. Dees, 125 F.3d 261 (5th Cir. 1997). The defendant may consent to the United States Magistrate Judge conducting the proceedings on a form provided by the Clerk.

If, after conducting such proceedings, the Magistrate Judge accepts the plea of guilty and the associated plea agreement, a presentence investigation shall be conducted and a report shall be prepared pursuant to Federal Rule of Criminal Procedure 32, and a sentencing date shall be scheduled. If the plea of guilty is accepted, the District Judge will adjudicate guilt and will determine and impose sentence.

The Clerk is **DIRECTED** to mail or deliver a copy of this Order to counsel of record for the United States and for the defendant. It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

March 10, 2020