IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION



FILED IN OPEN COURT
JUN 2 6 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

Tonya Saxby                              Criminal No.  2:20cr20

## CONSENT

I hereby declare my intention to enter a plea of guilty in this case, and I request and consent to the United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11, incident to the making and acceptance of such plea. I also consent to the Magistrate Judge accepting any plea agreement I may have with the United States, if requested by the District Judge. I understand that if my plea of guilty is accepted at the plea hearing, it remains for the United States District Judge to adjudicate guilt and impose sentence.

_____
Defendant

_____
Counsel for Defendant

SEEN AND AGREED

_____
Assistant United States Attorney

Date: 6-26-2020