IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 2:20cr20 |
| v. | ) | |
| | ) | |
| TONYA SAXBY, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, Tonya Saxby, the above-named defendant, accused of mail fraud in violation of Title 18, United States Code, Section 1341, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date: 6/24/20

_____
Tonya Saxby
Defendant

_____
George H. Yates
Counsel for Defendant

Before: _____
UNITED STATES MAGISTRATE JUDGE