**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**



UNITED STATES OF AMERICA

v.  ACTION NO.: 2:20CR20

TONYA SAXBY,

      Defendant.

## ORDER ACCEPTING PLEA OF GUILTY

The Defendant, by consent, has appeared before the Court with counsel pursuant to Federal Rule of Criminal Procedure 11, and referral from United States District Judge Smith, and has entered a plea of guilty to the offense charged in the Criminal Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. The Court therefore accepts the plea of guilty.

The Clerk shall forward a copy of this Order to all counsel of record.

DONE AND ENTERED at NORFOLK, Virginia, this 26th day of June, 2020.

_____
Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE