IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:20-cr20 |
| | ) | |
| TONYA SAXBY, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

BASED UPON the defendant's plea agreement with the United States, and FINDING that the requisite nexus exists between the property listed below, in which the defendant has an interest, and the offense(s) to which the defendant has pled guilty, IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 32.2 that:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c):

> **A sum of money in the amount of $221,363.82, which represents the proceeds of the offense obtained by the defendant and which sum shall constitute a monetary judgment against the defendant in favor of the United States.**

2. As a result of the acts and omissions by the defendant, the defendant agrees that and Court finds that one or more of the criteria set forth in 21 U.S.C. §853(p)(1) are present here and the United States may seek forfeiture of any other property of the defendant up to the amount set out above pursuant to § 853(p).

3. This forfeiture order shall be included in the judgment in this case pursuant to Fed. R. Crim. P. 32.2(b)(4). The defendant agrees not to file or interpose any claim to the property listed herein, in whole or in part, in any proceedings or manner whatsoever.

1

4. The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment, and consents to the entry of this order.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is hereby authorized to conduct any appropriate discovery for the purpose of identifying, locating, or disposing of property subject to forfeiture.

Dated this 26th day of June 2020.

/s/
Rebecca Beach Smith
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

I ask for this:
G. Zachary Terwilliger
United States Attorney

By: _____
Alan M. Salsbury
Assistant United States Attorney
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: alan.salsbury@usdoj.gov


Seen and Agreed
Tonya Saxby
Defendant

By: _____     By: _____
Tonya Saxby                                                        George H. Yates
                                                                              Counsel for Defendant